ORIGINAL

**U.S. District Court**

**Middle District of Florida**

FILED
APR 10 2008
U.S. COURT OF FEDERAL CLAIMS

## Notice of Electronic Filing

The following transaction was entered on 3/19/2008 at 3:24 PM EDT and filed on 3/19/2008

**Case Name:** Anderson v. Nicholson
**Case Number:** 6:07-cv-1343
**Filer:**
**Document Number:** 30(No document attached)

08-260 C

**Docket Text:**
**ORDER granting [29] Motion to transfer case to the U.S. Court of Federal Claims.. Signed by Chief Judge Patricia C. Fawsett on 3/19/2008. (Fawsett, Patricia)**

**6:07-cv-1343 Notice has been electronically mailed to:**

C. Gene Shipley gshipley@nardellachong.com

Scott H. Park scott.park@usdoj.gov, orldocket.mailbox@usdoj.gov, tyline.medina@usdoj.gov

Raymond J. Branch rbranch@nardellachong.com, ehosmer@nardellachong.com

**6:07-cv-1343 Notice has been delivered by other means to:**

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: J. McClung
Deputy Clerk