# In the United States Court of Federal Claims

No. 08-260 C

(E-Filed: April 30, 2008)

| | |
|---|---|
| ANDERSON, PETER A., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Plaintiff's Complaint has been delivered to chambers, unfiled, with a deficiency memorandum indicating noncompliance with the Rules of the United States Court of Federal Claims (RCFC). The Office of the Clerk of the Court has advised the court that it is unnecessary to enter an appearance because a signed complaint by the attorney of record is considered an appearance. RCFC 83.1(c)(3). Under the court's rules, all complaints, including transfer complaints, are filed in paper form with an original signature. RCFC 11; RCFC 83.1(c)(2). Therefore, plaintiff's attorney of record must refile the Complaint in paper form with an original signature. Future filings will be filed and signed electronically. The Clerk of Court shall RETURN plaintiff's Complaint (and the attached form of appearance) to plaintiff.

The parties are encouraged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge