**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**PETER A. ANDERSON**

**v.** **No. 08-260 C**
**Judge Emily C. Hewitt**

**THE UNITED STATES**

**APPLICATION TO THE CLERK OF**
**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)**

Now comes the Plaintiff, Peter A. Anderson, by and through counsel, who hereby requests the Clerk of the United States Court of Federal Claims to enter the default of the United States as the same has failed to answer or otherwise plead or defend against the allegations of the Complaint filed with this Court on May 9, 2008.

In support of this application, and as required pursuant to Rule 55(a), counsel for the Plaintiff avers as follows:

1) More than 60 days have passed since the filing of the Complaint in the above captioned case;

2) The above captioned case was designated as an electronic case in the court's case management /electronic case filing (CM/ECF) system on April 10, 2008;

3) Counsel has reviewed the court docket prior to making this application and has found no reference to an answer, motion or other pleading having been filed with this Court in response to the above referenced Complaint;

4) Counsel for the Plaintiff has not been served with an answer, pleading or defense of any kind, either electronically or by any other means.

Respectfully submitted,
Peter A. Anderson
By his Attorney,

s/ *Christopher A. Anderson*

Christopher A. Anderson, Esq.
Gorham & Gorham
P.O. Box 46 (25 Danielson Pike)
North Scituate, RI 02857
(401) 647-1400 fax: (401) 647-1446
e-mail: CAnderson@Gorhamlaw.com

Dated: July 9, 2008