IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PETER A. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-260C |
| | ) | (Judge Emily C. Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED OUT OF TIME MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully submits this out of time request for a one-week enlargement of time, to and including July 15, 2008, to respond to plaintiff's complaint. Defendant's response was due July 8, 2008. Plaintiff filed a motion for entry of default judgment in the early hours of July 9, but has stated that he does not oppose this motion.

Defendant apologizes for any inconvenience to the Court and to the plaintiff that has occurred by reason of its failure to file a timely response to the complaint pursuant to Rule 12(a). In addition to attending to her responsibilities in other cases, which have included multiple out-of-town depositions and briefing on several matters, defendant's counsel has been actively working on a motion to dismiss Mr. Anderson's complaint for lack of subject matter jurisdiction and for failure to state a claim on which relief may be granted. Defendant's counsel miscalculated the date on which her response to Mr. Anderson's complaint was due. Defendant's failure to comply the deadline set forth in the Rules was inadvertent and will not be repeated.

Good cause exists to grant defendant's out of time motion for a one-week extension of time. The complaint filed in this case involves the Department of Veterans Affairs's home loan

guaranty program. Given the complexities of the statutory scheme at issue, the Department of Justice and the Department of Veterans Affairs require additional time to coordinate the Government's position in this matter and to complete internal review procedures. Accordingly, a one-week extension of time is warranted under the particular circumstances of this case.

For the foregoing reasons, defendant respectfully requests that this Court grant its out of time motion for a one-week extension, to and including July 15, 2008, to respond to Mr. Anderson's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

July 9, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July 2008 a copy of the foregoing "DEFENDANT'S UNOPPOSED OUT OF TIME MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley