# In the United States Court of Federal Claims

No. 08-260 C

(E-Filed: July 10, 2008)

| | |
|---|---|
| ANDERSON, PETER A., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Out of Time Motion for an Enlargement of Time to Respond to Plaintiff's Complaint (Motion). Based on the representations contained in the Motion, including the representation that the Motion is unopposed, the Motion is GRANTED.

Defendant shall respond to plaintiff's complaint on or before Tuesday, July 15, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge