**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**PETER A. ANDERSON**

**v.** **No. 08-260 C**
**Judge Emily C. Hewitt**

**THE UNITED STATES**

**OBJECTION TO DEFENDANT'S RULE 12(b) MOTIONS TO DISMISS**

Now comes the Plaintiff, Peter A. Anderson, by and through counsel, who hereby objects to the Motion to Dismiss as filed by the Defendant under Rule 12(b) alleging lack of jurisdiction and failure to state a claim upon which relief can be granted. The legal and factual basis for this objection shall be detailed in a memorandum in support hereof, said memorandum being the subject of the accompanying unopposed Motion for Extension of Time to File.

Respectfully submitted,
Peter A. Anderson
By his Attorney,

s/ *Christopher A. Anderson*

Christopher A. Anderson, Esq.
Gorham & Gorham
P.O. Box 46 (25 Danielson Pike)
North Scituate, RI 02857
(401) 647-1400 fax: (401) 647-1446
e-mail: CAnderson@Gorhamlaw.com