**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**PETER A. ANDERSON**

**v.** **No. 08-260 C**
**Judge Emily C. Hewitt**

**THE UNITED STATES**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTIONS TO DISMISS**

Now comes the Plaintiff, Peter A. Anderson, by and through counsel, who hereby requests an extension of time, up to and including September 15, 2008 to file a memorandum in support of his objection to the Defendant's Motion to Dismiss.

Counsel for Plaintiff conferred with counsel for the Defendant prior to filling this motion. Counsel for Plaintiff/moving party represents to this Court that this motion for an extension of time is unopposed.

Respectfully submitted,
Peter A. Anderson
By his Attorney,

s/ *Christopher A. Anderson*
Christopher A. Anderson, Esq.
Gorham & Gorham
P.O. Box 46 (25 Danielson Pike)
North Scituate, RI 02857
(401) 647-1400 fax: (401) 647-1446
e-mail: CAnderson@Gorhamlaw.com