# In the United States Court of Federal Claims

No. 08-260 C

(E-Filed: August 18, 2008)

| | |
|---|---|
| ANDERSON, PETER A., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiff's Unopposed Motion for Extension of Time to File Memorandum in Support of Plaintiff's Objection to Defendant's Motions to Dismiss (Motion), filed on August 15, 2008. Based on the representation that the Motion is unopposed, the Motion is GRANTED.

Plaintiff shall respond to defendant's motions to dismiss on or before Monday, September 15, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge